

P41594/A.Pakula

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

**MEMORANDUM**

08 CRIM 652

TO:     Jim Molinelli, Miscellaneous Clerk

FROM:   ~~Adam Pakula~~, United States Probation Officer     *Joanne Stern*

RE:     Bilal Muhammed

DATE:   January 24, 2008

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On January 6, 2006, the above-named individual was sentenced in the District of Maryland outlined in the attached J & C.

In January 3, 2008, we received the Prob. 22's endorsed by the Honorable Marvin J. Garbis, U.S. District Court Judge, ordering Mr. Muhammed's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5171.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Adam Pakula
U.S. Probation Officer

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 2 1 200_
```